UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAMLESH BANGA,

                             **Plaintiff,**                        22-CV-9825 (PAE)(SN)

      -against-                                       **ORDER**

LAWRENCE R. LUSTIG, M.D., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 26, 2023, the Honorable Paul A. Engelmayer referred this matter to my docket for general pretrial supervision and to address Defendants' Motion to Dismiss at ECF No. 18. ECF No. 19. Defendants filed this motion on January 25, 2023. Accordingly, pro se Plaintiff shall file any opposition no later than February 27, 2023. Defendants' reply, if any, shall be filed no later than March 13, 2023.

      The NYLAG Legal Clinic provides free legal assistance to pro se litigants in this Court. Plaintiff is encouraged to contact the Clinic to assist with the opposition to the motion by calling 212-613-5000.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 27, 2023
                New York, New York