UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAMLESH BANGA,

                               Plaintiff,                        22-CV-09825 (PAE)(SN)

          -against-                                            **ORDER**

LAWRENCE R. LUSTIG, M.D., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant Lawrence Lustig, M.D., is ordered to provide the Court with one courtesy copy of all motion papers, including exhibits, related to the Motion to Dismiss filed at ECF No. 36 by September 22, 2023, pursuant Rule III(C) of the Court's Individual Rules.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     September 12, 2023
                 New York, New York