UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAMLESH BANGA,

                              Plaintiff,                      22-CV-09825 (PAE)(SN)

            -against-                                          ORDER

LAWRENCE R. LUSTIG, M.D., et al.,

                              Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint, which is now fully briefed. On September 11, 2023, Plaintiff filed a motion requesting that the Court either strike Defendant's arguments in his reply brief or permit Plaintiff to file a surreply. See ECF No. 50. The Court has reviewed Plaintiff's application; at this time, no further filings related to Defendant's Motion to Dismiss are requested unless further ordered by the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 14, 2023
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2023