UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAMLESH BANGA,

                    **Plaintiff,**                    22-CV-09825 (PAE)(SN)

    -against-                                     **ORDER**

LAWRENCE R. LUSTIG, M.D., et al.,

                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant filed a motion to dismiss and noted in his reply that Plaintiff has filed a case against the UC Regents and two UCSF audiologists in Solano County, California. ECF No. 47. As of the filing of Defendant's reply, the defendants in the Solano County case had demurred, and that demurrer was pending. By October 20, 2023, Plaintiff is ordered to update the Court on the status of the demurrer in the Solano County proceeding. If that court has issued a decision on the demurrer, Plaintiff is ordered to file a copy of that decision on ECF.

**SO ORDERED.**

                                                          _/s/ Sarah Netburn_
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:       October 13, 2023
                  New York, New York