**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
KAMLESH BANGA

                      Plaintiff,

      -against-                                           22 **CIVIL** 9825 (PAE)(SN)

                                                                **<u>JUDGMENT</u>**

LAWRENCE R. LUSTIG, M.D., et al.,

                     Defendants.
-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 20, 2023, the Court adopts the Report in principal part. The Court declines to adopt the Report's recommendation to dismiss Banga's claims under California Health & Safety Code§ 123110 claim, insofar as the Report recommended dismissal of these claims in their entirety under Rule 12(b)(6). The Court finds one claim under § 123110 wellpled- that based on her request for records on March 12, 2020. The Court grants the motion to dismiss all of Banga's other claims, with prejudice. As to the surviving claim under§ 123110, the Court declines to exercise supplemental jurisdiction over it, and dismisses it, without prejudice to Banga's right to pursue this claim elsewhere. Accordingly, the case is closed.

**Dated:** New York, New York

      December 20, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**