UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAMLESH BANGA,

                        **Plaintiff,**                    22-CV-9825 (PAE)(SN)

      -against-                                              **ORDER**

LAWRENCE R. LUSTIG, M.D., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 3, 2025, the Court held a conference to discuss this litigation following the remand from the Court of Appeals. The sole remaining claim is Plaintiff's California Health & Safety Code § 123110 claim, arising from her alleged March 12, 2020 request for medical records from Defendant Lawrence Lustig. Plaintiff seeks injunctive relief compelling Lustig—now the only defendant—to produce those records.

        Lustig asserts that he was no longer employed by the Regents of the University of California ("UC Regents") at the time of the request. As such, he either did not receive the request or did not have access to her medical records. On that basis, he intends to move for summary judgment.

        The Court authorizes limited discovery on the issue of whether Lustig received the March 2020 request and whether he complied with it. Specifically, Plaintiff may seek records demonstrating whether Lustig was still employed with the UC Regents on or about March 12, 2020, and whether he had access to her medical records at the time in order to comply with the records request.

Lustig is further directed to provide a declaration as to whether he was employed with the UC Regents on or about March 12, 2020, whether he received the Plaintiff's records request and, if so, whether he responded or had the capacity to respond. To the extent necessary and warranted, Lustig may seek discovery from Plaintiff on related issues.

Fact discovery on this issue shall be completed by January 5, 2026. The parties shall file a status letter by December 15, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2025
New York, New York