**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

KAMLESH BANGA,

                              **Plaintiff,**

           **-against-**

LAWRENCE R. LUSTIG, M.D., et al.,

                           **Defendants.**

---------------------------------------------------------------X

**22-CV-9825 (PAE)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2026

**SARAH NETBURN, United States Magistrate Judge:**

      With fact discovery having closed on January 5, 2026, the parties are directed to file a status letter by February 11, 2026, advising whether any party intends to file a motion for summary judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 4, 2026
                 New York, New York