**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

KAMLESH BANGA,

                                    **Plaintiff,**                          **22-CV-9825 (PAE)(SN)**

              -against-                                                        **ORDER**

LAWRENCE R. LUSTIG, M.D., et al.,

                                    **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On March 12, 2026, the Court held a status conference to discuss Defendant's forthcoming motion for summary judgment. As discussed, Defendant's motion for summary judgment shall be filed no later than July 31, 2026. Plaintiff's opposition shall be filed by August 31, 2026. Defendant's reply, if any, shall be filed by September 14, 2026.

Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center for assistance with responding to Defendant's motion for summary judgment. The City Bar Justice Center can be reached by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        March 12, 2026
              New York, New York