USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**KAMLESH BANGA,**

**Plaintiff,**

**-against-**

**LAWRENCE R. LUSTIG, M.D., et al.,**

**Defendants.**

**----------------------------------------------------------------X**

**22-CV-9825 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 18, 2026, a briefing schedule was set, giving Plaintiff until October 9, 2026, to submit her reply in support of her cross-motion for summary judgment. ECF No. 115. If no reply is submitted by Friday, October 16, 2026, the Court will consider this motion fully briefed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 13, 2026
New York, New York