USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**KAMLESH BANGA,**

**Plaintiff,**

**-against-**

**LAWRENCE R. LUSTIG, M.D., et al.,**

**Defendants.**

-----------------------------------------------------------------X

**22-CV-09825 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received Plaintiff's reply materials, ECF Nos. 116–123, and Plaintiff's letter dated October 15, 2026, ECF No. 124. The motions for summary judgment are now fully briefed and the Court will rule on them in due course.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York